ERNEST KOEPPICUS and FRANCIS PETTIT, Respondents, v. ISLAND IMPROVEMENTS, INC., Appellant.— Order setting aside decision (so called) and directing a jury trial reversed upon the law, with ten dollars costs and disbursements, for

the reasons stated in *Matter of Island Improvements, Inc.,* v. *May (ante,* p. 837), decided herewith. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.